207 So.2d 540

**Claude ARNOLD**

v.

**STUPP CORPORATION and The Travelers Indemnity Company.**

No. 49126.

March 8, 1968.

Not considered. The application was not timely filed. See Article VII, Section 11, Louisiana Constitution.